PROB 12B
(7/93)

Report Date: March 8, 2006

# United States District Court

## for the

## Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**MAR 1 3 2006**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dawayne D. Butler          Case Number: 2:97CR00140-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 12/19/1997        Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)    Date Supervision Commenced: 09/07/2005

Original Sentence: Prison - 57 months;       Date Supervision Expires: 03/06/2007
                   TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

*Amended Special Condition 20:* You shall abstain from the possession and/or use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

*Amended Special Condition 15:* You shall abstain from the possession and/or use of alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Special Condition 21: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

Based on the United States v. Stephens (9th Cir. 2005) case, probation is requesting the above noted modifications. Also, probation believes the requiring Mr. Butler to abstain from places where alcohol is the primary commodity of sale will also assist him from being tempted to ingest alcohol.

Respectfully submitted,

by _____
Missy K. Kolbe
U.S. Probation Officer
Date: March 8, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

March 13, 2006
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

     *Amended Special Condition:* You shall abstain from the possession and/or use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     *Amended Special Condition:* You shall abstain from the possession and/or use of alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

     Special Condition: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____  Signed: _____
              Missy K. Kolbe                                        Dawayne D. Butler
          U.S. Probation Officer                         Probationer or Supervised Releasee

                                    March 8, 2006
                                         Date